UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.

**Michael Parenteau**

Criminal No. 13-cr-30-01-SM

### O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to August 9, 2013 at 2:30 PM; Trial is continued to the two-week period beginning August 20, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 10, 2013

cc: Terry Ollila, Esq.
    Behzad Mirhashem, Esq.
    U.S. Marshal
    U.S. Probation